IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 15-07-JAJ-1 |
| | ) | |
| vs. | ) | JUDGMENT OF ACQUITTAL |
| | ) | |
| RANULFO ANTONIO JUAREZ-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This action came to trial before the Honorable Chief Judge John A. Jarvey and a jury. The issues having been duly tried and the jury has rendered its verdict as not guilty on Counts 1 and 2 of the Indictment.

**IT IS ORDERED AND ADJUDGED**

THAT Defendant Ranulfo Antonio Juarez-Hernandez, is acquitted as to Counts 1 and 2 of the Indictment.

APPROVED BY:

_____

Chief Judge John A. Jarvey
U.S. District Court for the Southern District of Iowa

Dated: August 19, 2015

Dated: August 19, 2015                              Robert L. Phelps___
                                                     Clerk of Court

                                                By:_____
                                                     Deputy Clerk